[No. 2253–3. Division Three. April 20, 1978.]

R. L. WALTZ, ET AL, *Respondents,* v. JEAN A. FIERCE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 60515, Howard Hettinger, J., entered

January 7, 1977. *Remanded* by unpublished opinion per Green, J., concurred in by McInturff and Roe, JJ.